**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**


_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

OCT 06 2022

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY


UNITED STATES OF AMERICA

V. CRIMINAL NO. 21-MJ-1961

SAMANTHA A. JOHNSON

**DEFENDANT'S MOTION TO EXTEND TIME OF FILING**

**COMES NOW** I the Defendant Samantha Johnson by and through pro se representation with respect to the United States Constitution respectfully moves this honorable court on a Motion to extend time of filing pursuant to **Fed. R. Crim. P. Rule 45(b)(A)(B)** as grounds, I the Defendant state the following

I the Defendant am being held at the District of Columbia Department of Corrections. I do not have physical access to the courts filing system. I the Defendant and subjected to the use of the U.S. mailing system by way of the correctional facility, because of this there are experiences of delay in receiving and sending U.S. mail. I the Defendant previously attempted to send a correspondent notice to the clerk for the District court of Maryland, in which ultimately, I was informed during my finial hearing that the court did not receive my correspondent.

I the Defendant asserted multiple times throughout my case that I have not received orders or correspondents from the court. I do not want to be negatively impacted by a claim from the court of not having received my motion in the time required by the procedural law, due to my imprisonment at the correctional facility. I am filing this Motion under the assumption that my correspondents will not be received in time to meet the deadline for filing.

In the light of the forgoing the Defendant humbly and respectfully request that this honorable court grant the Defendant's Motion to Extend the time for filing.

**WHEREFORE,** the Defendant request;

a. That the court grant this Motion

b. grant further relief as this court deems just and proper

Respectfully Submitted,

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Samantha Johnson (Pro se)
1901 E. St S.E. Inmate ID #353080
Washington, DC 20003

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed, postage prepaid, this 26, day of September, 2022, to Ellen Nazmy, ESQ., and Joel Crespo, ESQ 6406 Ivy lane suite 800, Greenbelt, Maryland 20770, 6500 Cherrywood Lane, Suite 200, Greenbelt, MD 20770.

Respectfully Submitted,

Samantha Johnson (Pro se)
1901 E. St S.E. Inmate ID #353080
Washington, DC 20003